

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Randon Lee Foley, Appellant

No. 06-17-00014-CR      v.

The State of Texas, Appellee

Appeal from the 77th District Court of Limestone County, Texas (Tr. Ct. No. 12386-A). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Randon Lee Foley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 15, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk